Al-Musawwir v. Stump et al                                                                  Doc. 5

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 9 2006

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ABDUL-HASIB AL-MUSAWWIR, </br> Plaintiff, | Civil Action No. 7:05-cv-00800 |
| v. | **FINAL ORDER** |
| J. R. STUMP, et. al., </br> Defendant(s). | By: Hon. James C. Turk </br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This 9th day of January, 2006.

                                                                       /s/ James C. Turk
                                                         Senior United States District Judge

Dockets.Justia.com